UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80081-DMM

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**RC/PB, LLC, d/b/a EAU PALM BEACH
RESORT & SPA, a foreign limited
liability company**,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties ten (10) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

DATED:  March 5, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO<br>DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/  Pelayo  M.  Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

2

**SHUTTS & BOWEN LLP**
Counsel for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
T. 305/347-7337
305/347-7837 (Facsimile):
Email: rllorens@shutts.com

By: ____*s/ Rene Gonzalez-Llorens*_____
      RENE GONZALEZ-LLORENS
      Fla. Bar No. 53790