UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80081-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

RC/PB, LLC, d/b/a EAU PALM
BEACH RESORT & SPA, *a*
*foreign limited liability company,*

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Nelson Fernandez's Notice of Voluntary Dismissal with Prejudice, filed on March 6, 2024. (DE 11). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1) The above-styled action is **DISMISSED WITH PREJUDICE.**

    (2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers in West Palm Beach, Florida, this 8 day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE